UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
MARIA VILLAR,                        :
                                     :
      Plaintiff,                     :
                                     :    09-cv-7400 (JSR)
      -v-                            :
                                     :    ORDER
CITY OF NEW YORK, et al.,            :
                                     :
      Defendants.                    :
                                     :
-------------------------------------x
JED S. RAKOFF, U.S.D.J.

   The parties have informed the Court that they have reached an agreement in principle to resolve all remaining claims in this action. Therefore, the case is hereby dismissed with prejudice, but with leave for any party to move within 30 days from the date hereof to reopen the case and proceed to trial if settlement is not fully effectuated.

   SO ORDERED.

Dated:   New York, NY
         March 25, 2021

                                     _____
                                     JED S. RAKOFF, U.S.D.J.

1