UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

MARIA VILLAR,

                                            Plaintiff,

                                                                                              09 CV 7400 (JSR)

                            -v-

                                                                      ~~PROPOSED~~ **ORDER**

THE CITY OF NEW YORK, et. al.,

                                            Defendants.
---------------------------------------------------------------- x

JED S. RAKOFF, District Judge:

Upon consent of the parties, it is **ORDERED** that Linda S. Cronin, Esq., the plaintiff's former attorney of record, provide to the plaintiff and defendants all documents and communications that relate to any and all settlement discussions and negotiations. This includes any communications between Ms. Cronin and Plaintiff Maria Villar.

Dated:     New York, New York
            May 6, 2021

                                                  _____
                                                  Jed S. Rakoff
                                                  United States District Judge
                                                  Southern District of the State of New York