```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARIA VILLAR,                       :
                                    :
        Plaintiff,                  :
                                    :      09-cv-7400 (JSR)
        -v-                         :
                                    :      ORDER
CITY OF NEW YORK, et al.,           :
                                    :
        Defendants.                 :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is the motion for a retaining and charging lien by Linda Cronin, former counsel to plaintiff Maria Villar, ECF No. 89. Plaintiff filed an opposition, ECF No. 90. The Court will hold an evidentiary hearing on Ms. Cronin's motion on Wednesday, May 26, 2021, beginning at 10 a.m. in Courtroom 14B. Ms. Cronin and Ms. Villar must appear in person at that time. Each may offer testimony and present evidence.

SO ORDERED.

Dated:  New York, NY
        May 13, 2021

_____
JED S. RAKOFF, U.S.D.J.

1