

May 20, 2021

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10009-1312

**MEMORANDUM ENDORSEMENT**

Re:     Villar v City of New York et al., 09-cv-7400-JSR-GWG

Dear Judge Gorenstein,

     NYLAG represents plaintiff Ms. Villar for the limited purpose of settlement. I write jointly with Ms. Jessica Giambrone, counsel for defendants, to request an adjournment sine die of the settlement conference scheduled for Monday May 24, 2021. This is the parties' first request for this action.

     This afternoon Judge Jed. S. Rakoff set an expedited schedule on Defendants' proposed motion to enforce a purported settlement agreement that was negotiated between counsel for the parties. A decision on that motion will determine the next course of action, including whether a settlement conference is needed. We respectfully request that the conference be adjourned until the resolution of this motion.

Respectfully submitted,


Susanne Toes Keane

**The settlement conference is adjourned sine die.  The parties shall write to the Court when they are prepared to have the conference rescheduled.**

**So Ordered.**

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**May 21, 2021**

7 Hanover Square, New York, NY 10004     t:212.613.5000     f:212.750.0820     nylag.org