```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARIA VILLAR,                       :
                                    :
        Plaintiff,                  :
                                    :   09-cv-7400 (JSR) (GWG)
        -v-                         :
                                    :   ORDER
CITY OF NEW YORK, et al.,           :
                                    :
        Defendants.                 :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

During the evidentiary hearing yesterday, the plaintiff and the defendants agreed that further settlement negotiations in this case would be fruitless. Accordingly, the Court withdraws the reference to Magistrate Judge Gorenstein and terminates the limited-scope appearance of Susanne Toes of the New York Legal Assistance Group Clinic for Pro Se Litigants.

SO ORDERED.

Dated:  New York, NY
        May 27, 2021
                                          _____
                                          JED S. RAKOFF, U.S.D.J.

1